IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARIA S. HERNANDEZ | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. |
| CIH PROPERTIES, INC. | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANT CIH PROPERTIES, INC.'S
## <u>NOTICE OF REMOVAL</u>

Defendant, CIH Properties, Inc., by and through its attorneys, Margaret Fonshell Ward and Ward & Herzog, LLC, file this Notice of Removal, and state:

1. On July 20, 2016, Defendant CIH Properties, Inc. was served with a Summons and Complaint from the Superior Court of the District of Columbia. A copy of the Complaint is attached as Exhibit A. Plaintiff claims that Defendant created or permitted a dangerous condition to exit on its premises and that she was thereby injured.

2. Defendant CIH Properties, Inc. hereby files this Notice of Removal of the entire action to the United States District Court for the District of Columbia.

3. The grounds for removal are complete diversity between Plaintiff Maria S. Hernandez who according to the Complaint resides in Washington, DC and Defendant CIH Properties, Inc., which is a Maryland corporation. The Complaint seeks damages in excess of $75,000.00.

Accordingly, pursuant to 28 USC 1332(a) this Court possesses jurisdiction, and removal is proper pursuant to 28 USC 1441.

4. That pursuant to 28 USC 1446(a), copies of all pleadings, orders and papers served upon Defendant CIH Properties, Inc. are attached.

5. That this Notice is filed within 30 days of service upon Defendant.

WHEREFORE, Defendant CIH Properties, Inc. removes this case to the United States District Court for the District of Columbia.

/s/ Margaret Fonshell Ward
Margaret Fonshell Ward (422906)
Ward & Herzog, LLC
102 W. Pennsylvania Avenue, Suite 401
Baltimore, MD 21204
410-296-1573
*Attorneys for Defendants CIH Properties, Inc.*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 2d day of August, 2016, a copy of the foregoing Notice of Removal was mailed, first class, postage prepaid, to:

W. Thomas Yi, Esquire
Dusic Kwak, Esquire
W. Thomas Yi & Associates
7023 Little River Turnpike
Suite 205
Annandale, VA  22003

/s/ Margaret Fonshell Ward
Margaret Fonshell Ward